UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PREPAREME AMERICA LLC,

    Plaintiff,

v.

SURVIVAL PREP WAREHOUSE, LLC, et al.,

    Defendants.

C17-359 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 13, is GRANTED and the deadline for exchanging initial disclosures and submitting a Joint Status Report is EXTENDED from May 15, 2017, to June 14, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of May, 2017.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1