UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PREPAREME AMERICA LLC,

          Plaintiff,

   v.

SURVIVAL PREP WAREHOUSE,
LLC, et al.,

          Defendants.

C17-359 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' stipulated motion, docket no. 18, is GRANTED and the deadline for exchanging initial disclosures and submitting a Joint Status Report is EXTENDED from June 14, 2017, to July 14, 2017.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of June, 2017.

                    William M. McCool
                    Clerk

                    s/Karen Dews
                    Deputy Clerk

MINUTE ORDER - 1