UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREPAREME AMERICA LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SURVIVAL PREP WAREHOUSE,<br>LLC, et al.,<br><br>　　　　　　Defendants,<br><br>　v.<br><br>CHAD E. ALLEN,<br><br>　　　　　　Third-Party Defendant. | C17-359 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion for leave to amend their answer, counterclaims, and third-party complaint, docket no. 24, is GRANTED. Defendants shall electronically file their amended pleading within seven (7) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of August, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1