UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PREPAREME AMERICA LLC,

    Plaintiff,

v.

SURVIVAL PREP WAREHOUSE, LLC, et al.,

    Defendants,

v.

CHAD E. ALLEN,

    Third-Party Defendant.

C17-359 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for temporary restraining order, docket no. 33, is RENOTED to November 3, 2017. Any response, which shall not exceed twelve (12) pages in length, shall be filed by noon on November 1, 2017. Any reply, which shall not exceed six (6) pages in length, shall be filed by the new noting date.

(2) Pursuant to Local Civil Rule 7(d)(3), plaintiff's motion for preliminary injunction, docket no. 33, is RENOTED to November 17, 2017. Any response and any reply shall be due in accordance with Local Civil Rule 7(d)(3) and shall comply with the page limitations set forth in Local Civil Rule 7(e)(3)

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of October, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1