UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PREPAREME AMERICA, LLC,

        Plaintiff,

  v.

SURVIVAL PREP WAREHOUSE, LLC, et al.,

        Defendants,

  v.

CHAD E. ALLEN,

        Third-Party Defendant.

C17-359 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for leave to amend, docket no. 37, is GRANTED. Plaintiff shall electronically file its Amended Complaint within seven (7) days of the date of this Minute Order. Notwithstanding Federal Rule of Civil Procedure 15(a)(3), any responsive motion or pleading shall be filed within twenty-one (21) days of the date the Amended Complaint is filed.

(2) Plaintiff's motion for a preliminary injunction, docket no. 33, is DENIED without prejudice.[1] Plaintiff's motion is premised on the theory that, by using Amazon Standard Identification Numbers ("ASINs") associated with plaintiff's products and/or

---

[1] Plaintiff's request for oral argument, docket no. 55, is DENIED.

MINUTE ORDER - 1

federally registered trademark PERFECT SURVIVAL KIT, defendant Survival Prep Warehouse, LLC ("Survival Prep") is engaged in infringement. For support, plaintiff has submitted several Amazon product-detail pages,[2] which may be summarized as follows:

| Ex. | Date of Page | Product Name | Ships From and Sold By | Product Image |
|---|---|---|---|---|
| I | 09-28-17 | SurvivalKitsOnline 4 Person Perfect Survival Kit Deluxe | Get_Prepared_For_Disaster | |
| J | 10-11-17 | SurvivalKitsOnline 4 Person Perfect Survival Kit Deluxe | Survival Prep Warehouse | |
| K | 10-18-17 | Survival Prep Warehouse 4 Person Perfect Survival Kit Deluxe | Survival Prep Warehouse | |
| L | 10-24-17 | Survival Prep Warehouse 4 Person Survival Kit Deluxe | Survival Prep Warehouse | |
| M | 09-28-17 | 4 Person Perfect Survival Kit Deluxe by SurvivalKitsOnline | not shown | |
| N | 09-28-17 | Perfect Survival Kit Deluxe 2-Person Perfect Survival Kit | Get_Prepared_For_Disaster | |

---

[2] Exhibits I-W to Matesky Decl. (docket nos. 34-1 – 34-3).

MINUTE ORDER - 2

| Ex. | Date of Page | Product Name | Ships From and Sold By | Product Image |
|---|---|---|---|---|
| O | 10-19-17 | SurvivalKitsOnline Deluxe 2-Person Perfect Survival Kit | Survival Prep Warehouse | |
| P | 10-24-17 | Survival Prep Warehouse Deluxe 2-Person Survival Kit | Survival Prep Warehouse | |
| Q | 09-28-17 | Deluxe 2-Person Perfect Survival Kit by Perfect Survival Kit | not shown | |
| R | 09-28-17 | Perfect Survival Kit Earthquake Kit, The Small Perfect Survival Kit | Get_Prepared_For_Disaster | |
| S | 10-19-17 | Perfect Survival Kit Earthquake Kit, The Small Perfect Survival Kit | Survival Prep Warehouse | |
| T | 10-24-17 | Perfect Survival Kit Earthquake Kit, The Small Perfect Survival Kit | Survival Prep Warehouse | |
| U | 01-23-17 | 4 Person Perfect Survival Kit Deluxe by Perfect Survival Kit | Get_Prepared_For_Disaster | |

| Ex. | Date of Page | Product Name | Ships From and Sold By | Product Image |
|---|---|---|---|---|
| V | 10-20-17 | Survival Prep Warehouse 4 Person Kit | Survival Prep Warehouse | |
| W | 10-20-17 | Survival Prep Warehouse 2 Person Deluxe Survival Kit | Survival Prep Warehouse | |

Exhibits I, N, R, and U indicate that an entity other than plaintiff or Survival Prep (*i.e.*, Get_Prepared_For_Disaster) is offering or has offered for sale three different products styled as a "Perfect Survival Kit," namely a 4-person, a 2-person, and a small or earthquake kit. Exhibits M and Q are not linked in any way to Survival Prep. The remaining exhibits show that, although Survival Prep's earlier product descriptions and images included the term "PERFECT," which is the only portion of the trademark as to which plaintiff might claim an exclusive right, *see* Ex. A to Compl. (docket no. 1-1), more recent Amazon pages omit the word. *See* Exs. J-L, O-P, & V-W (docket nos. 34-2 & 34-3). Such evidence does not establish *ongoing* trademark infringement (or a related *continuing* violation of Washington's Consumer Protection Act ("CPA")), which is a threshold for any preliminary injunctive relief.[3] *See Mayfield v. United States*, 599 F.3d 964, 970-71 (9th Cir. 2010) (to obtain injunctive relief, a movant must show that its injury is ongoing or likely to recur). To the extent plaintiff alleges that Survival Prep's use of the ASINs at issue precludes plaintiff from competing in the market or falsely designates Survival Prep as the origin of goods associated with plaintiff or its trademark, plaintiff has not yet pleaded such claims, and the Court cannot conclude that plaintiff has shown a likelihood of success on, or serious questions going to, the merits of legal theories not presently part of this litigation.[4] *See Winter v. Natural Res. Def. Council,*

---

[3] The Court makes no ruling concerning whether Survival Prep's use of the ASINs at issue, prior to the removal in October 2017 of the term "PERFECT," constituted trademark infringement, a CPA violation, or a tort for which plaintiff might have a remedy at law.

[4] Plaintiff's reliance on *Coca-Cola Co. v. Overland, Inc.*, 692 F.2d 1250 (9th Cir. 1982), is misplaced. The case is both procedurally and factually distinguishable. It involved summary judgment, as opposed to preliminary injunctive relief, and it concerned a restaurant's *ongoing* substitution of Pepsi-Cola without oral notice in response to customers' specific requests for Coca-Cola or Coke.

MINUTE ORDER - 4

*Inc.*, 555 U.S. 7, 20 (2008); *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131-35 (9th Cir. 2011).

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of November, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 5