UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREPAREME AMERICA, LLC, | |
| Plaintiff, | |
| v. | |
| SURVIVAL PREP WAREHOUSE, LLC, et al., | C17-359 TSZ |
| Defendants, | MINUTE ORDER |
| v. | |
| CHAD E. ALLEN, | |
| Third-Party Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue trial date and related deadlines, docket no. 58, is GRANTED as follows:

| **JURY TRIAL DATE (3-5 days)** | **June 18, 2018** |
|---|---|
| Discovery motions filing deadline | January 25, 2018 |
| Responsive pleading or motion due | January 29, 2018 |
| Discovery completion deadline | March 5, 2018 |

MINUTE ORDER - 1

| Dispositive motions filing deadline | March 22, 2018 |
|---|---|
| Motions in limine filing deadline | May 17, 2018 |
| Agreed pretrial order due | June 1, 2018 |
| Trial briefs, proposed voir dire questions, and jury instructions due | June 1, 2018 |
| Pretrial conference | June 8, 2018 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 23, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of December, 2017.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk